IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| LIN YUAN ZHEN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:04-cv-2964-RDP |
| ) | |
| JOHN ASHCROFT, Attorney General ) | |
| of the United States; SCOTT HASSELL, ) | |
| Chief Correctional Officer, Etowah ) | |
| County Jail, ) | |
| ) | |
| Respondents. ) | |

**O R D E R**

On April 20, 2005, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot. No objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby **DISMISSED** as **MOOT**.

**DONE** and **ORDERED** this ___18th___ day of May, 2005.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE